UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

STEPHANIE ROBERTS,

                Plaintiff,

vs.

                5:09-CV-733 (GTS/GJD)

LONNIE LOVE, ET AL.

                Defendants.
_____

### ORDER OF RECUSAL

The undersigned hereby **RECUSES** himself from the above-entitled action. The Clerk is authorized and directed to reassign this case to another Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the Clerk enter this Order of Recusal for the undersigned, and it is further

**ORDERED**, that the Clerk shall reassign this case to another Magistrate Judge, and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on the parties and the Magistrate Judge to whom the case is assigned.

Dated: October 27, 2009

                                            _____
                                            Hon. Gustave J. DiBianco
                                            U.S. Magistrate Judge